Commonwealth ex rel. Ryan, Appellant, *v.*
Gable.

Submitted June 13, 1966.   *Carl
Ryan,* appellant, in propria persona; *Ralph B. D'Iorio,*
Assistant District Attorney, *Paul R. Sand,* First As-
sistant District Attorney, and *Jacques H. Fox,* Dis-
trict Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Shenk, Appellant, *v.*
Russell.

Submitted June 13, 1966.   *John
Shenk,* appellant, in propria persona; *Ralph J. Alt-
house, Jr.,* Assistant District Attorney, and *W. Richard
Eshelman,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Smith, Appellant, *v.*
Myers.

Submitted June
13, 1966.   *Joseph J. Smith,* appellant, in propria per-
sona; *Joseph M. Smith,* Assistant District Attorney,
and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.